## EXHIBIT "A"

| IN RE: | § | Case No. 09-60107-H2-7 |
| --- | --- | --- |
| | § | |
| **MALIBU CONSTRUCTORS, INC.,** | § | (Chapter 7) |
| | § | |
| DEBTOR. | § | |

| Name & Address | Claim No. | Check # | Amount |
| --- | --- | --- | --- |
| \_\_\_\_\_ Small Dividends | | | |
| \_\_X\_\_ Unclaimed Dividends | Check #5017<br>Andrews & McQueen<br>1515 N. Alexander Drive<br>Suite 201<br>Baytown, Texas 77520 | | $ 38.23 |
| | Total Small Dividends | | n/a |
| | Total Unclaimed Dividends | | $ 38.23 |